IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Anthony L. Snipe, #99360-071,<br>a/k/a Anthony Lamar Snipe,<br><br>    Petitioner,<br><br>v.<br><br>Warden Mildred L. Rivera,<br><br>    Respondent. | Civil Action No. 8:11-2965-SB<br><br>**ORDER** |



This matter is before the Court upon Anthony L. Snipe's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to Local Rule 73.02(B)(2)(a), this matter was referred to a United States Magistrate Judge for preliminary review.

On December 27, 2011, Magistrate Judge Jacquelyn D. Austin issued a report and recommendation ("R&R") analyzing the issues and recommending that the Court dismiss the instant petition without prejudice and without requiring the Respondent to file an answer. Attached to the R&R was a notice advising the Petitioner of his right to file specific, written objections to the R&R within 14 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Petitioner did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order

of this Court, and it is

**ORDERED** that the instant § 2241 petition is dismissed without prejudice and without requiring the Respondent to file an answer.

**AND IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

January 17, 2012
Charleston, South Carolina